Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

_____ District of  Columbia

| | |
|---|---|
| TERESITA A. CANUTO <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> UNITED STATES DEPARTMENT OF JUSTICE <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case: 1:22-cv-03538 JURY DEMAND <br> Assigned To : Friedrich, Dabney L. <br> Assign. Date : 11/16/2022 <br> Description: Pro Se Gen. Civ. (F-DECK) <br><br> Jury Trial: _(check one)_  ☒ Yes   ☐ No |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Teresita A. Canuto |
   | Street Address | 8101 Langdon Avenue #30 |
   | City and County | Van Nuys |
   | State and Zip Code | California 91406 |
   | Telephone Number | (747) 235-7111 |
   | E-mail Address | tsscanuto@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: United States Department of Justice
Job or Title (if known): Merrick B. Garland, Attorney General of United States
Street Address: 950 Pennsylvania Avenue, NW
City and County: Washington, DC
State and Zip Code: 20530-0001
Telephone Number: (202) 353-1555
E-mail Address (if known):

Defendant No. 2
Name: United States Attorney's Office
Job or Title (if known): Matthew M. Graves, U.S. Attorney for the District of Columbia
Street Address: 601 D Street, NW
City and County: Washington, DC
State and Zip Code: 20520
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Teresita A. Canuto , is a citizen of the State of *(name)* California .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* United States Department of Justice , is a citizen of the State of *(name)* Merrick B. Garland Washington, DC . Or is a citizen of *(foreign nation)*

Page 3 of 5

b.  The defendant, Matthew M. Graves, is a citizen of
    the State of Washington, DC

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

        Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Plaintiff claims money damages in the amount of Sixty Million Dollars ($60,000,000.00) due to defendant's negligence because it did not act to battery inflicted to the Plaintiff by the members of U.S. Navy and U.S. Army on 2014 and 2015.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff seeks damages against defendant United States Department of Justice due to negligence caused by its attorneys did not act to battery inflicted to plaintiff by members of U.S. Navy and U.S. Army on 2014 and 2015; Due to negligence of FBI (subsidiaries of U.S. Department of Justice) caused by failure or did not act to plaintiff's complaint on March 2014 of stalking, trespass/intrusion to plaintiff's dwelling resulted later to loss of private papers

## IV.  Relief
and records, photographs of plaintiff.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Plaintiff seeks money damages against defendant under 28 U.S.C & 2675, 28 U.S.C & 1346(b), 28 U.S.C. & 1605. Due to negligence of defendant caused by it did not act to battery inflicted to plaintiff by members of U.S. Navy and U.S. Army on 2014 and 2015. Plaintiff wants Sixty Million Dollars ($60,000,000.00) as a relief to Plaintiff.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 15, 2022

Signature of Plaintiff: *Teresita A. Canuto* (signed)

Printed Name of Plaintiff: Teresita A. Canuto

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address: 8101 Langdon Avenue #30, Van Nuys

State and Zip Code: California 91406

Telephone Number: (747) 235-7111

E-mail Address: tsscanuto@gmail.com

United States District and Bankruptcy Courts
For the District of Columbia

| | |
|---|---|
| TERESITA A. CANUTO<br>8101 Langdon Avenue #30,<br>Van Nuys, CA 91406 | Civil Action No.<br>Jury Trial (<u>Yes</u> or No) |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | |



United States District and Bankruptcy Courts
For the District of Columbia

TABLE OF CONTENTS

|      |                                              | Pages   |
|------|----------------------------------------------|---------|
| I.   | Complaint                                    | 1       |
| II.  | Statement of the Case                        | 2       |
| III. | Statement of Claims                          |         |
|      | Claim I                                      | 2       |
|      | Claim II                                     | 4       |
|      | Claim III                                    | 5       |
|      | Claim IV                                     | 5       |
| IV.  | Relief                                       | 6       |
| V.   | List of Exhibits                             |         |
|      | Exhibit I                                    | 1-6     |
|      | Exhibit II                                   | 7-11    |
|      | Exhibit III                                  | 12-20   |
|      | Exhibit IV                                   | 21-23   |
|      | Exhibit V                                    | 24-26   |
|      | Exhibit VI                                   | 27-29   |
| VI.  | Certificate of Interested Persons            | i       |
| VII. | List of Exhibits                             | ii      |
| VIII.| Table of Authorities                         | iii-iv  |
| IX.  | Certificate of Service                       | v       |

United States District and Bankruptcy Courts
For the District of Columbia

TERESITA A. CANUTO
8101 Langdon Avenue #30,
Van Nuys, CA 91406

Civil Action No.

Jury Trial (Yes or No)

v.

UNITED STATES DEPARTMENT OF JUSTICE

COMPLAINT

Plaintiff Teresita A. Canuto files this complaint against United States Department of Justice in Washington, DC due to negligence caused by attorneys of the Commercial Litigation Branch, Civil Division, United States Department of Justice, WA, DC who did not act to battery inflicted to Teresita A. Canuto caused by negligence while acting within the scope of their office or employment namely Daniel S. Herzfeld, Elizabeth M. Hosford, Robert E. Kirschman, Jr., Benjamin C. Mizer, Kristin McGrory and Deborah A. Bynum. The Defendant United States Department of Justice is being sued for negligence under 28 U.S. Code & 2675, 28 U.S. Code & 1346 (b) and 28 U.S. Code & 1605. Plaintiff is requesting that the Defendant pay for damages as a relief to Plaintiff in the amount of SIXTY MILLION DOLLARS ($60,000,000.00) and requesting for a trial by jury.

Date: November 15, 2022

Teresita A. Canuto
Pro se
8101 Langdon Ave #30,
Van Nuys, CA 91406

RECEIVED
Mail Room
NOV 16 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

United States District and Bankruptcy Courts
For the District of Columbia

## STATEMENT OF THE CASE

This case arise and instituted upon a claim against the United States Department of Justice for money damages due to negligence of the United States Department of Justice caused by attorneys of the Commercial Litigation Branch, Civil Division of United States Department of Justice, WA, DC who did not act to battery inflicted to Plaintiff caused by negligence while acting within the scope of their office or employment namely Daniel S. Herzfeld, Elizabeth M. Hosford, Robert E. Kirschman, Jr., Benjamin C. Mizer, Kristin McGrory, Deborah A. Bynum. This suit is brought against the United States Department of Justice under 28 U.S. Code & 2675, 28 U.S. Code & 1346(b) and 28 U.S. Code & 1605.

The Plaintiff of this case is Teresita A. Canuto and the Defendant is the United States Department of Justice, Washington, DC. Jurisdiction is based on diversity of citizenship.

## STATEMENT OF CLAIMS

CLAIM I

Plaintiff seeks damages and entitled to damages under 28 U.S. Code & 2675 against Defendant United States Department of Justice due to negligence caused by attorneys of the Commercial Litigation Branch, Civil Division of United States Department of Justice, WA, DC who did not act to battery inflicted to Plaintiff caused by negligence while acting within the scope of their office or employment namely Daniel S. Herzfeld, Elizabeth M. Hosford, Robert E. Kirschman, Jr., Benjamin C. Mizer, Kristin McGrory and Deborah A. Bynum. The Defendant is being sued for negligence under the 28 U.S. Code & 2675. (Ex. VI)

2

1. That the above mentioned attorneys of the Commercial Litigation Branch, Civil Division of United States Department of Justice, WA, DC <u>did not act to battery</u> inflicted to Plaintiff caused by negligence after the U.S. Federal Court of Claims, WA, DC and U.S. Court of Appeals for the Federal Circuit, WA, DC issued the judgment that denied the claims of Plaintiff against the United States. Plaintiff has first presented the claim for damages against the United States at the U.S. Federal Court of Claims, WA, DC due to assault inflicted to Plaintiff by the members of U.S. Navy and U.S. Army on 2014 and 2015.

2. That Plaintiff works as a homehealth nurse was assaulted by the members of U.S. Navy and U.S. Army on 2014 and 2015 which caused the Plaintiff to sue the United States for damages at the U.S. Federal Court of Claims, WA, DC (Case no. 1:15-cv-410C Canuto v. United States) on 2015 but was dismissed by the Court on April 27, 2015. (Ex. II)

3. That Plaintiff made an appeal at the U.S. Court of Appeals for the Federal Circuit, WA, DC (Case no. 2015-5085 Canuto v. United States) but the appeal was denied by the Federal Circuit on September 12, 2015. (Ex. III)

4. That attorneys of the Commercial Litigation Branch, Civil Division, United States Department of Justice, WA, DC for defendant-appellee did their appearance at the U.S. Court of Appeals for the Federal Circuit, WA, DC (Case no. 2016-1605 Canuto v.United States) namely Daniel S. Herzfeld, Elizabeth M.Hosford, Robert E. Kirschman, Jr., Benjamin C. Mizer and Deborah A. Bynum. The Federal Circuit denied the appeal of Plaintiff.(Ex. I)

5. The attorneys of the Commercial Litigation Branch, Civil Division, United States Department of Justice,

3

WA, DC for defendant-appellee did their appearance at the U.S. Court of Appeals for the Federal Circuit, WA, DC (Case no. 2015-5085  Canuto v. United States) namely Kristin McGrory, Benjamin C. Mizer, Robert E. Kirschman, Jr., and Deborah A. Bynum. The Federal Circuit denied the appeal of Plaintiff. (Ex. III)

6. That the reason Plaintiff was assaulted by the members of U.S. Navy and U.S. Army on 2014 and 2015 was due to the decision made by the Plaintiff to pursue a vaccine lawsuit against vaccine manufacturers (Case no. 18-cv-1570  Canuto v. Pfizer Corp.). Plaintiff elected to opt-out to the vaccine program (National Vaccine Injury Compensation Program) at the U.S. Federal Court of Claims, WA, DC (Canuto v. HHS) after the Omnibus of Autism Trial has ended. Plaintiff was given a choice by the U.S. Federal Court of Claims e.g. to opt-out to the program (NVICP) or accept the decision of the Omnibus of Autism trial which denied the claims of 5,000 families with vaccine injured children alleged.

CLAIMS II

Plaintiff seeks damages and is entitled to damages under 28 U.S. Code & 1346 (b) against Defendant United States Department of Justice due to negligence caused by the attorneys of Commercial Litigation Branch, Civil Division, United States Department of Justice, WA,DC who did not act to battery caused by negligence while acting within the scope of their employment or office namely Daniel S. Herzfeld, Elizabeth M. Hosford, Robert E. Kirschman, Jr., Benjamin C. Mizer, Kristin McGrory and Deborah A. Bynum. The district court of Columbia has jurisdiction to hear this claim of Plaintiff against Defendant under 28 U.S. Code & 1346 (b) which allows tort recovery against Defendant for certain acts of its employees within the scope of their employment. (Ex.V)

4

CLAIMS III

    Plaintiff seeks damages and is entitled to damages against Defendant United States Department of Justice due to negligence under 28 U.S. Code and 1605. Defendant United States Department of Justice is <u>not immune</u> from the jurisdiction of the court of the United States because Defendant waived its immunity caused by negligence when the attorneys of the Commercial Litigation Branch, Civil Division of United States Department of Justice, WA, DC <u>did not act to battery</u> inflicted to Plaintiff caused by negligence while acting within the scope of their office or employment namely Daniel S. Herzfeld, Elizabeth M.Hosford, Robert E. Kirschman, Jr., Benjamin C. Mizer, Kristin McGrory and Deborah A. Bynum. The Defendant is being sued for negligence under 28 U.S. Code & 1605. (Ex. IV)

CLAIMS IV

    Plaintiff seeks damages and is entitled to damages against Defendant United States Department of Justice due to negligence under 28 U.S. Code & 2675, 28 U.S. Code & 1346 and 28 U.S. Code 1605. One of Defendant's subsidiaries the Federal Bureau of Investigation (FBI) in WA, DC did not act to Plaintiff's complaint of trespass or unreasonable intrusion to Plaintiff's private property and stalking to Plaintiff by unknown civilians caused by negligence of FBI while acting within the scope of their office or employment.

    1. That on March 11, 2014 Plaintiff mailed a letter of complaint to the Federal Bureau of Investigation (FBI) in Washington, DC due to stalking to Plaintiff by unknown civilians, frequent break-in, intrusion to private dwelling of Plaintiff which resulted to loss or private papers and records, photographs.

    2. That the letter of complaint address to FBI in WA, DC was mailed via FedEx Kinkos located at 9000 Tampa Ave.,

5

Northridge, CA 91324. Plaintiff emailed the FBI in WA, DC and submitted the complaint. The FBI did not responded to Plaintiff's letter or email on 2014. On October 2014 members of the U.S. Navy and U.S. Army began the assault to Plaintiff.

RELIEF

Plaintiff Teresita A. Canuto requesting this Court that the Defendant United States Department of Justice pay for damages as a relief to Plaintiff in the amount of SIXTY MILLION DOLLARS ($60,000,000.00). The following are the breakdown of the specific amount of damages against Defendant United States Department of Justice:

$20,000,000.00 - For negligence caused by Defendant did not act to battery (Case no. 2016-1605)
$20,000,000.00 - For negligence caused by Defendant did not act to battery (Case no. 2015-5085)
$20,000,000.00 - For negligence caused by FBI did not act to stalking, trespass/unreasonable intrusion to Plaintiff's dwelling later resulted battery of Plaintiff that began on October 2014.
_____
$60,000,000.00   Total
================

I declare or certify under the penalty of perjury that the foregoing is true and correct.

Date: November 15, 2022

Teresita A. Canuto
Pro se
8101 Langdon Ave, #30,
Van Nuys, CA 91406

6