UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERESITA A. CANUTO
Plaintiff

v.

Civil Action No. 22-cv-03538 (DLF

U.S. DEPARTMENT OF JUSTICE, et al.
Defendants

AFFIDAVIT OF SERVICE

I Teresita A. Canuto, hereby declare that on the 5th day of December, 2022, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Matthew M. Graves, U.S. Attorney for the District of Columbia, WA, DC. Attached hereto is the certified green-card acknowledging service.

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Civil Process Clerk
U.S. Attorney's office
for District of Columbia
601 D. Street, NW
WA, DC 20530

9590 9402 7854 2234 8202 18

2. Article Number (Transfer from service label)
2 2410 0001 6052 1511

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DEC 12 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Date: December 17, 2022

RECEIVED
Mail Room
DEC 20 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Teresita A. Canuto
8101 Langdon Ave. #30,
Van Nuys, CA 91406

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERESITA A. CANUTO
Plaintiff

Civil Action No. 22-cv-03538 (DLF)

v.

U.S. DEPARTMENT OF JUSTICE, et al.
Defendants

PROOF OF MAILING

I Teresita A. Canuto, hereby declare that attached herewith is the original copy of receipt of mailing of summons and complaint via US Postal Service to Matthew M. Graves, c/o Civil Process Clerk U.S. Attorney's Office for the District of Columbia, WA, DC. Attached hereto is the original copy of receipt.

See reverse for instructions

UNITED STATES POSTAL SERVICE
VAN NUYS
15701 SHERMAN WAY
VAN NUYS, CA 91406-9998
(800)275-8777
12/05/2022 11:41 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $4.08 |
| Washington, DC 20530 | | | |
| Weight: 0 lb 12.50 oz | | | |
| Estimated Delivery Date Sat 12/10/2022 | | | |
| Certified Mail® | | | $4.00 |
| Tracking #: 70222410000160521511 | | | |
| Return Receipt | | | $3.25 |
| Tracking #: 9590 9402 7854 2234 8202 18 | | | |
| Total | | | $11.33 |
| Grand Total: | | | $11.33 |
| Cash | | | $11.35 |
| Change | | | -$0.02 |

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also

Date: December 17, 2022

Teresita A. Canuto
8101 Langdon Ave#30,
Van Nuys, CA 91406

RECEIVED
Mail Room
DEC 20 2022

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERESITA A. CANUTO
Plaintiff

v.

Civil Action No. 22-cv-03538 (DLF)

U.S. DEPARTMENT OF JUSTICE, et al.
Defendants

AFFIDAVIT OF SERVICE

I Teresita A. Canuto, hereby declare that on the 5th day of December, 2022, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Merrick B. Garland, U.S. Attorney General, United States Department of Justice, WA, DC. Attached hereto is the certified green card acknowledging services.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Merrick B. Garland
U.S. Attorney General
United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

9590 9402 7767 2152 9747 91

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DEC 12 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

Date: December 17, 2022

RECEIVED
Mail Room
DEC 20 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

[signature]

Teresita A. Canuto
8101 Langdon Ave. #30,
Van Nuys, CA 91406

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERESITA A. CANUTO
Plaintiff

Civil Action No. 22-cv-03538 (DLF)

v.

U.S. DEPARTMENT OF JUSTICE, et al.
Defendants

PROOF OF MAILING

I Teresita A. Canuto, hereby declare that attached herewith is the original copy of receipt of mailing of summons and complaint via US Postal Service to Merrick B. Garland, U.S. Attorney General, WA, DC. Attached hereto is the receipt.

UNITED STATES POSTAL SERVICE
VAN NUYS
15701 SHERMAN WAY
VAN NUYS, CA 91406-9998
(800)275-8777
12/05/2022 12:33 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express 1-Day Flat Rate Env | 1 | | $27.90 |
| Washington, DC 20530 | | | |
| Flat Rate | | | |
| Signature Requested | | | |
| Scheduled Delivery Date | | | |
| Tue 12/06/2022 06:00 PM | | | |
| Money Back Guarantee | | | |
| Tracking #: EI508327245US | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Return Receipt | | | $3.25 |
| Tracking #: 9590 9402 7767 2152 9747 91 | | | |
| Total | | | $31.15 |
| Grand Total: | | | $31.15 |
| Cash | | | $100.00 |
| Change | | | -$68.85 |

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Date: December 17, 2022

Teresita A. Canuto
8101 Langdon Ave. #30,
Van Nuys, CA 91406

RECEIVED
DEC 20 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

CERTIFICATE OF SERVICE

I hereby certify that the following Affidavit of service for Merrick B. Garland and proof of mailing, original copy of receipt; Affidavit of mailing for Matthew M. Graves c/o Civil Process Clerk and proof of mailing, original copy of receipt were mailed to Clerk, U.S. District Court for the District of Columbia, WA, DC via U.S. Postal Service on December 17, 2022. (Civil No. 22-cv-03538(DLF))

Date: December 17, 2022

Teresita A. Canuto
8101 Langdon Ave. #30,
Van Nuys, CA 91406

RECEIVED
Mail Room
DEC 20 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia